UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: : CASE NO: 16-11443-ref
Kevin M. Heiney :
: CHAPTER 13
Debtor :

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

To:   Claim of Cavalry Investments, LLC

Debtor, Kevin M. Heiney, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.

IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE RICHARD E. FEHLING ON November 3, 2016 AT 9:30 A. M., IN COURTROOM 1, UNITED STATES BANKRUPTCY COURT, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, PENNYSLVANIA, 19606. IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.

BURKE & HESS

Date: September 20, 2016

/s/ Michael D. Hess
Michael D. Hess
1672 Manheim Pike
Lancaster, PA  17601
Attorney of the Debtor