# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin M. Heiney<br>　　　　　　Debtor | |
| | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　　Movant<br>　　vs. | |
| Kevin M. Heiney<br>　　　　　　Debtor | NO. 16-11443 REF |
| Frederick L. Reigle Esq.<br>　　　　　　Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **June 23, 2016, docket entry #33**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

September 20, 2016