**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

One piece of ordinary mail addressed to:
Cavalry Investments LLC
PO Box 27288
Tempe, AZ 85282

PS Form **3817**, January 2001

U.S. POSTAGE PAID — EAST PETERSBURG, PA 17520 — SEP 20, 16 — AMOUNT $1.30 — R2305K142137-11

---

Heiney

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

One piece of ordinary mail addressed to:
Cavalry Investments LLC
c/o Andrew Zaro, CEO
7 Skyline Drive
Hawthorne, NY 10532

PS Form **3817**, January 2001

U.S. POSTAGE PAID — EAST PETERSBURG, PA 17520 — SEP 20, 16 — AMOUNT $1.30 — R2305K142137-11

---

Heiney

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

One piece of ordinary mail addressed to:
Cavalry Investments, LLC
c/o Raymond Cruz, Bankruptcy Spec
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

PS Form **3817**, January 2001

U.S. POSTAGE PAID — EAST PETERSBURG, PA 17520 — SEP 20, 16 — AMOUNT $1.30 — R2305K142137-11