## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

       **Kevin M. Heiney**     :     **Case No. 16-11443-ref**

                                    :

       **Debtor(s)**     :     **Chapter 13**


## PRAECIPE TO WITHDRAW OBJECTION TO CAVALRY INVESTMENTS, LLC
## (PROOF OF CLAIM #4)


**TO THE CLERK:**

     Kindly withdraw our Objection to Proof of Claim #4, Cavalry Investments, LLC, which was filed on September 20, 2016, for the above captioned matter without prejudice.


                      RESPECTFULLY SUBMITTED,

                      BURKE & HESS


            By:     /s/ Michael D. Hess
                      Michael D. Hess, Esquire
                      Attorney for Debtor
                      1672 Manheim Pike
                      Lancaster, PA  17601
                      (717) 391-2911