UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kevin M. Heiney                             CASE NO:   16-11443-ref

CHAPTER 13

DEBTOR

O R D E R

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $3,457.00 plus $60.11 for expense reimbursement.

**Date: December 13, 2016**

_____
J.