STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kevin M. Heiney<br>        Debtor(s)<br><br>MTGLQ Investors, L.P.<br>        Creditor/Movant<br>v.<br>Kevin M. Heiney<br>        Respondent | Chapter 13<br><br>Bankruptcy Case:  16-11443-REF<br><br>Judge: Richard E. Fehling |

## **O R D E R**

AND NOW, upon the Motion for Relief From Automatic Stay and upon Consent Order/ Stipulation of MTGLQ Investors, L.P. and any successor in interest and Debtor, Kevin M. Heiney, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Motion is DENIED because movant added to the relief agreed to in the stipulation by including the purported waiver of Rule 3002.1.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.~~

BY THE COURT:

**Date: June 5, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE