United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin M. Heiney  
       Debtor

Case No. 16-11443-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 2     Date Rcvd: Jun 08, 2017  
                   Form ID: pdf900     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.

```
db             +Kevin M. Heiney,    13 N. Jackson Street,    Strasburg, PA 17579-1206
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +MTGLQ INVESTORS, L.P.,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
                Warrington, PA 18976-3400
13684632       +Apex Asset Management,    1891 Santa Barbara Drive, #204,    PO Box 7044,
                Lancaster, PA 17604-7044
13746127       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13684634       +Financial Recoveries,    200 E. Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
13684635       +Keystone Credit Services LLC,    664 Furnace Hills Pike,    Lititz, PA 17543-8907
13733472       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
13880813        MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                Greenville, SC  29603-0826
13915579       +MTGLQ Investors, LP,    c/o William E. Miller, Esq.,    1581 Main Street, Suite 200,
                The Shops of Valley Square,    Warrington, PA 18976-3400
13684638      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13684637       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13687935       +Nationstar Mortgage, LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839546       +Nationstar Mortgage, LLC,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13684639       +PP&L,    2 North 9th Street,    Allentown, PA 18101-1179
13684640       +The Receivable Management Service,    240 EWmery Street,    Bethlehem, PA 18015-1980
13684641       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: robertsl2@dnb.com Jun 09 2017 00:55:58     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2017 00:55:33
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:05     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13684633       +E-mail/Text: bankruptcy@usecapital.com Jun 09 2017 00:56:49     Capital Accounts LLC,
                PO Box 140065,    Nashville, TN 37214-0065
13752286       +E-mail/Text: bankruptcy@cavps.com Jun 09 2017 00:56:00     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13684636       +E-mail/Text: csd1clientservices@cboflanc.com Jun 09 2017 00:56:26     Lancaster Collections,
                218 W. Orange Street,    Lancaster, PA 17603-3746
13684637       +E-mail/Text: Bankruptcies@nragroup.com Jun 09 2017 00:56:47     National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
13772388        PPL Electric Utilities, 827 Hausman Road, Allentow
cr*            +Cavalry Investments, LLC,   500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-1340
13740575*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Angela              Page 2 of 2                  Date Rcvd: Jun 08, 2017
                              Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL D. HESS    on behalf of Debtor Kevin M. Heiney amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KEVIN M. HEINEY
                                                    : Bankruptcy No. 16-11443REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 8, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

KEVIN M. HEINEY
13 N. JACKSON STREET
STRASBURG,PA.17579